UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAWN TOWNLEY,**
    **Plaintiff,**

v.

**CITY COUNCIL for the CITY OF HILLSDALE,**
**CITY OF HILLSDALE BOARD OF PUBLIC UTILITIES,**
**MICHAEL BARBER, and**
**DAVID MACKIE,**
    **Defendants**.

Case No.: 16-cv-1316

Hon. GORDON J. QUIST

Mag. Judge RAY KENT

---

Collin H. Nyeholt (P74132)
LAW OFFICES OF CASEY D. CONKLIN PLC
Attorney for the Plaintiff
4084 Okemos Road, Ste. B
Okemos, MI 48864
(517) 332-3390
(517) 853-0434 (Fax)
collin@caseydconklin.com

Audrey J. Forbush (P41744)
PLUNKETT COONEY
Attorney for the Defendants
Plaza One Financial Center
111 E. Court Street – Suite 1B
Flint, MI 48502
(810) 342-7014
(810) 232-3159 (Fax)
aforbush@plunkettcooney.com

---

### STIPULATION and ORDER

NOW COME the parties who, in support of this proposed stipulation, hereby state as follows:

1. The Parties have reached a settlement in the above captioned matter.
2. The Court has ordered the parties to submit closing documents by October 10, 2017. (ECF 25.)
3. The Parties encountered a communication error, which has resulted in a delay in processing the settlement documents.
4. The Parties require an additional two weeks to submit closing documents.

THEREFORE, IT IS ORDERED that the Parties shall have an additional two weeks, to October 24, 2017, to submit closing documents in the above captioned case.

Dated: _____
                   Hon. Gordon J. Quist
                   US District Court Judge

Approved for Entry

Dated:  10/10/2017        \_\_/s/ Collin H. Nyeholt_____
                   Collin H. Nyeholt
                   Attorney for the Plaintiff

Dated:  10/10/2017        \_\_/s/ (w/ permission)_____
                   Audrey J. Forbush
                   Attorney for the Defendants